CO-386-online
10/03

# United States District Court
# For the District of Columbia

ALEUTIAN PRIBILOF ISLANDS )
ASSOCIATION, INC. )
)
)
          Plaintiff )
vs )   Civil Action No._____
)
KEMPTHORNE, et al. )
)
)
         Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Aleutian Pribilof Islands Association, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Aleutian Pribilof Islands Association, Inc.  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ F. Michael Willis_
Signature

D.C. 467462
BAR IDENTIFICATION NO.

F. Michael Willis
Print Name

2120 L. Street, NW, Ste 700
Address

Washington, DC     20037
City     State     Zip Code

202-822-8282
Phone Number

## CERTIFICATE OF SERVICE

I, F. Michael Willis, hereby certify that on this 21st day of December, 2006, I caused the Aleutian Pribiloff Islands Association's Certificate required by LCvR 7.1 to be served by having copies shipped via certified mail upon the following:

>Dirk Kempthorne, Secretary of the Interior
>U.S. Department of the Interior
>1849 C Street, N.W.
>Washington, DC 20240

>Niles Cesar, Regional Director, Alaska Region,
>Bureau of Indian Affairs
>U.S. Department of the Interior
>709 W. 9th St.
>Juneau, Alaska 99802

>Ken Reinfeld
>Bureau of Indian Affairs, Office of Self-Governance
>U.S. Department of the Interior
>1849 C. Street, N.W., MS 4140 MIB
>Washington, DC 20240

>The Honorable Alberto R. Gonzales
>Attorney General of the United States
>Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, D.C. 20530-0001

>The Honorable Jeffrey A. Taylor
>United States Attorney for the District of Columbia
>Judiciary Center Building
>555 Fourth Street, NW
>Washington, D.C. 20530

>F. Michael Willis (Bar No. 467462)
>Hobbs, Straus, Dean & Walker LLP
>2120 L St. NW
>Suite 700
>Washington, DC 20037
>(202) 822-8282
>(202) 296-8834 (fax)

December 21, 2006