UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC.<br>201 E. 3rd Avenue<br>Anchorage, Alaska 99501<br><br>          plaintiff,<br>     v.<br><br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of Interior,<br>U.S. Department of Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>NILES CESAR, in his official capacity as Regional Director, Alaska Region,<br>Bureau of Indian Affairs,<br>U.S. Department of Interior<br>709 W. 9th Street<br>Juneau, Alaska 99802<br><br>BUREAU OF INDIAN AFFAIRS<br>OFFICE OF SELF-GOVERNANCE<br>U.S. Department of Interior<br>1849 C Street, N.W., MS 4140 MIB<br>Washington, D.C. 20240<br><br>          defendants. | Civil Action No. 06-2173 (ESH)<br>Electronic Case Filing |

## ENTRY OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Marian L. Borum** as counsel for the defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4810
Washington, D.C. 20530
(202) 514-6531 / (202) 514-8780 (fax)
marian.l.borum@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **24**<sup>th</sup> day of **January**, 2007, a true and correct copy of the foregoing **Entry of Appearance** was served by first class United States mail, postage prepaid marked for delivery to:

F. Michael Willis
HOBBS, STRAUS, DEAN & WALKER
2120 L Street, NW
Suite 700
Washington, DC 20037

                                                /s/
                                     MARIAN L. BORUM
                                     Assistant United States Attorney