UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC.,   ) | |
| Plaintiff,   ) | |
| v.   ) | Civil Action No. 06-2173 (CKK) |
| DIRK KEMPTHORNE, Secretary of the Interior, United States Department of Interior, et al.,   ) | |
| Defendants.   ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an enlargement of time of thirty (30) days, up to and including March 28, 2007, in which to move, answer or otherwise respond to the Complaint in this action. Defendants' response would otherwise be due on February 26, 2006. Defendants seek this enlargement on the following grounds. Agency counsel at the Department of Interior in Anchorage, Alaska informed undersigned counsel that additional time is needed in order to complete a response to plaintiff's Complaint. Undersigned counsel is currently working on a matter involving a claim of forty million dollars relating to an Alaskan Native Allotment Lease. The documentary background in that matter is quite extensive. In addition, agency counsel is scheduled to be out of the office from February 21 through March 5, 2007.

This is the first enlargement requested in this matter. As there are no other pending deadlines, this enlargement will not affect any previously scheduled deadlines in this matter.

Pursuant to Local Rule 7(m), defendants' counsel contacted plaintiff's counsel to

ascertain his position on this motion. Plaintiff consents to this motion. For these reasons, and to ensure that the government has sufficient time to prepare the materials to carry its burden in this case, defendants respectfully request that the enlargement of time to answer, move or otherwise respond to this Complaint be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of February, 2007, service of the foregoing Consent Motion for Enlargement of Time, was made by first class mail, postage pre-paid, to plaintiff's counsel:

F. Michael Willis, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, N.W., Suite 700
Washington, D.C.  20037

/s/
MARIAN L. BORUM
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DIRK KEMPTHORNE,**<br>**Secretary of the Interior,** )<br>**United States Department of Interior, et al.** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 06-2173 (CKK) |

## ORDER

UPON CONSIDERATION of defendants' Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including March 28, 2007 in which to respond to plaintiff's Complaint.

Date _____                    _____
                                             UNITED STATES DISTRICT JUDGE