UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC.<br>201 E. 3rd Avenue<br>Anchorage, Alaska 99501<br><br>    PLAINTIFF,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C. Street, N.W.<br>Washington, DC 20240<br><br>NILES CESAR, in his official capacity as Regional Director, Alaska Region, Bureau of Indian Affairs,<br>U.S. Department of the Interior;<br>709 W. 9th St.<br>Juneau, Alaska 99802<br><br>BUREAU OF INDIAN AFFAIRS OFFICE OF SELF-GOVERNANCE,<br>U.S. Department of the Interior,<br>1849 C. Street, N.W., MS 4140 MIB<br>Washington, DC 20240<br><br>    DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-2173 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO APPEAR PRO HAC VICE**

Plaintiff, by undersigned counsel, pursuant to Local Rule 83.2(d), respectfully moves this Court to admit Geoffrey D. Strommer *pro hac vice* for the limited purpose of appearing as co-counsel with the undersigned for the purpose of representing the Aleutian Pribilof Islands Association, Inc., in the above matter.

Mr. Strommer is a member in good standing of the Bar of the State of Oregon

(# 93110), the U.S. District Courts for the Districts of Oregon and Arizona, the U.S. Courts of Appeals for the Ninth and Federal Circuits, the U.S. Supreme Court, and the Hopi Tribal Court Bar. Mr. Strommer has never been disciplined by any bar of any court. Mr. Strommer does not practice law from an office located in the District of Columbia, is not a member of the District Columbia Bar, and does not have an application for membership to the District of Columbia Bar pending. Mr. Strommer is familiar with the rules of this Court, the facts of this case, and the pleadings of this case.

Pursuant to Local Rule 7(m), Plaintiff's counsel contacted Defendants' counsel to determine Defendants' position on this motion. Defendants consent to this motion.

For the reasons set forth above, the Aleutian Pribilof Islands Association respectfully requests that this Court grant this motion for Geoffrey D. Strommer to appear *pro hac vice* in all matters in this case.

Respectfully submitted,

F. Michael Willis (D.C. Bar No. 467462)
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, N.W., Suite 700
Washington, D.C. 20037
Phone: (202) 822-8282
Counsel for Aleutian Pribilof Islands Association

DATED: March 9, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC.**<br>201 E. 3rd Avenue<br>Anchorage, Alaska 99501<br><br>          PLAINTIFF,<br><br>          v.<br><br>**DIRK KEMPTHORNE**, in his official capacity as<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C. Street, N.W.<br>Washington, DC 20240<br><br>**NILES CESAR**, in his official capacity as<br>Regional Director, Alaska Region,<br>Bureau of Indian Affairs,<br>U.S. Department of the Interior;<br>709 W. 9th St.<br>Juneau, Alaska 99802<br><br>**BUREAU OF INDIAN AFFAIRS OFFICE OF SELF-GOVERNANCE,**<br>U.S. Department of the Interior,<br>1849 C. Street, N.W., MS 4140 MIB<br>Washington, DC 20240<br><br>          DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-2173 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF GEOFFREY D. STROMMER
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Geoffrey D. Strommer, declare as follows:

1. I am a member in good standing of the Oregon State Bar (# 93110), the U.S. District Courts for the Districts of Oregon and Oregon, the U.S. Courts of Appeals for the Ninth and Federal Circuits, the U.S. Supreme Court, and the Hopi Tribal Court.

2. I have never been disciplined by any bar of any court.

3. I have not appeared as counsel *pro hac vice* in this Court within the last two years.

4. I am familiar with the facts, issues, and pleadings in the above captioned case.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct and that this declaration was executed on March 6th, 2007 at Portland, Oregon.

Geoffrey D. Strommer
Hobbs, Straus, Dean & Walker, LLP
806 SW Broadway, Suite 900
Portland, OR 97205
Phone: (503) 242-1745