UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC.<br>201 E. 3rd Avenue<br>Anchorage, Alaska 99501<br><br>            PLAINTIFF,<br><br>      v.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C. Street, N.W.<br>Washington, DC 20240<br><br>NILES CESAR, in his official capacity as Regional Director, Alaska Region, Bureau of Indian Affairs,<br>U.S. Department of the Interior;<br>709 W. 9th St.<br>Juneau, Alaska 99802<br><br>BUREAU OF INDIAN AFFAIRS OFFICE OF SELF-GOVERNANCE,<br>U.S. Department of the Interior,<br>1849 C. Street, N.W., MS 4140 MIB<br>Washington, DC 20240<br><br>            DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-2173 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to this Court's order dated April 10, 2007, Plaintiff Aleutian Pribilof Islands Association, Inc. (APIA) and Defendant United States jointly agree to the following schedule for proceeding in the instant matter:

APIA Motion for Summary Judgment:  May 4, 2007

United States Opposition:  June 1, 2007

APIA Reply:  July 13, 2007

          Respectfully submitted,

          _____/s/_____
          F. Michael Willis (D.C. Bar No. 467462)
          Geoffrey D. Strommer (Pro Hac Vice)
          Hobbs, Straus, Dean & Walker, LLP
          2120 L Street, N.W., Suite 700
          Washington, D.C. 20037
          Phone: (202) 822-8282
          Attorneys for Aleutian Pribilof Islands Association

          _____/s/_____
          Marian L. Borum (D.C. Bar No. 435409)
          Assistant United States Attorney
          United States Attorney's Office
          Judiciary Center Building
          555 4th Street, N.W. – Room E4810
          Washington, D.C. 20530
          Phone: (202) 514-6531

DATED: April 24, 2007