UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC., ) ) ) Plaintiff, ) ) v. ) ) DIRK KEMPTHORNE, ) Secretary of the Interior, ) United States Department of Interior, et al., ) ) Defendants. ) ) | Civil Action No. 06-2173 (CKK) |

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an enlargement of time of fourteen (14) days, up to and including June 15, 2007, in which to respond to plaintiff's motion for summary judgment. Defendants' response would otherwise be due on June 1, 2007. Defendants seek this enlargement on the following grounds:

Today, agency counsel at the Department of Interior in Anchorage, Alaska, informed undersigned counsel that he will be unable to complete a response to plaintiff's motion for summary judgment by June 1, 2007. Agency counsel indicated that, unfortunately, much of his time has been consumed with preparing a dispositive motion in Oenga Wallace et al. v. United States, 2006-cv-00491, which involves claims of United States' liability in the tens of millions of dollars. Preparation of the dispositive motion involved an extensively documented nineteen-year transactional history relating to the administration of a lease between Alaska Native allotment owners and large multi-national oil company. Agency counsel also has been working on a matter

involving a dispute between the Bureau of Indian Affairs and the Federal Highway Administration which has national implications. Finally, agency counsel is preparing for a Continuing Legal Education presentation he will make before members of the Alaska Bar Association regarding individually owned restricted Native lands.

This is the first enlargement requested for additional time to respond to plaintiff's motion for summary judgment. As there are no other pending deadlines, this enlargement will not affect any previously scheduled deadlines in this matter.

Pursuant to Local Rule 7(m), undersigned counsel attempted to contact plaintiff's counsel, on two occasions, in order to ascertain his position on this motion. Prior to the filing of this motion, plaintiff's counsel left a voice mail message for undersigned counsel indicating that he did not consent to the filing of this motion.

For the above-mentioned reasons, and to ensure that the government has sufficient time to prepare a comprehensive response, defendants respectfully request that the enlargement of time to oppose plaintiff's motion for summary judgment be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of May, 2007, service of the foregoing Motion for Enlargement of Time was made, via the Court's ECF mail system, to plaintiff's counsel:

F. Michael Willis, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, N.W., Suite 700
Washington, D.C.  20037

                                       /s/
                                       MARIAN L. BORUM
                                       Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DIRK KEMPTHORNE,** )<br>**Secretary of the Interior,** )<br>**United States Department of Interior, et al.** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 06-2173 (CKK) |

**ORDER**

UPON CONSIDERATION of defendants' Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including June 15, 2007 in which to respond to plaintiff's motion for summary judgment.


Date _____                         _____
                                                  UNITED STATES DISTRICT JUDGE