UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE,<br>Secretary of the Interior,<br>United States Department of Interior, et al.,<br><br>    Defendants. | Civil Action No. 06-2173 (CKK) |

### MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an enlargement of time of seven (7) days, up to and including June 22, 2007, in which to respond to plaintiff's motion for summary judgment. Defendants' response would otherwise be due on June 15, 2007. Defendants seek this enlargement on the following grounds:

Today, undersigned counsel learned that agency counsel at the Department of Interior in Anchorage, Alaska, would be unable to aid in the completion of the response to plaintiff's motion for summary judgment by June 15, 2007. The Defendants' response requires considerable input from agency counsel who, due to unforseen circumstances including work commitments on Capitol Hill, will be unable to provide the necessary input.

This is the second enlargement requested for additional time to respond to plaintiff's motion for summary judgment. However, as there are no other pending deadlines, this enlargement will not affect any previously scheduled deadlines in this matter.

Pursuant to Local Rule 7(m), undersigned counsel attempted to contact plaintiff's counsel to ascertain his position on this motion. Undersigned counsel learned that plaintiff's counsel was out of the country. Undersigned counsel left a message and electronic mail address for plaintiff's counsel to contact undersigned counsel with his position on this motion.

For the above-mentioned reasons, and to ensure that the government has sufficient time to prepare a comprehensive response, defendants respectfully request that the enlargement of time to oppose plaintiff's motion for summary judgment be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendants

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 12th day of June, 2007, service of the foregoing Motion for Enlargement of Time was made, via the Court's ECF mail system, to plaintiff's counsel:

F. Michael Willis, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, N.W., Suite 700
Washington, D.C.  20037

                                    /s/
                                    MARIAN L. BORUM
                                    Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC., ) ) ) **Plaintiff,** ) ) v. ) ) DIRK KEMPTHORNE, ) Secretary of the Interior, ) United States Department of Interior, et al. ) ) **Defendants.** ) ) | Civil Action No. 06-2173 (CKK) |

## ORDER

UPON CONSIDERATION of defendants' Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including June 22, 2007 in which to respond to plaintiff's motion for summary judgment.

Date _____          _____
                                     UNITED STATES DISTRICT JUDGE