UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC.**<br>201 E. 3rd Avenue<br>Anchorage, Alaska 99501<br><br>    PLAINTIFF,<br><br>    v.<br><br>**DIRK KEMPTHORNE**, in his official capacity as<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C. Street, N.W.<br>Washington, DC 20240<br><br>**NILES CESAR**, in his official capacity as<br>Regional Director, Alaska Region,<br>Bureau of Indian Affairs,<br>U.S. Department of the Interior;<br>709 W. 9th St.<br>Juneau, Alaska 99802<br><br>**BUREAU OF INDIAN AFFAIRS OFFICE OF SELF-GOVERNANCE**,<br>U.S. Department of the Interior,<br>1849 C. Street, N.W., MS 4140 MIB<br>Washington, DC 20240<br><br>    DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-2173 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Aleutian Pribilof Islands Association ("APIA), by and through undersigned counsel, respectfully objects to Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment filed with the Court on June 12, 2007, for the following reasons:

(1)     In April, after multiple email exchanges between Defendants' attorney Ms. Borum and Plaintiff's attorney Mr. Strommer, Defendants and Plaintiff stipulated to a briefing schedule that provided ample time for Defendants to file a response brief.

(2)     On May 29, 2007, Defendants requested a fourteen (14) day extension of time to respond to Plaintiff's Motion for Summary Judgment.  Plaintiff neither opposed nor agreed to the proposed change in schedule and, on June 1, 2007, the Court issued an Order granting Defendant's request and directing that Defendant's response be filed with the Court on or before June 15, 2007.

(3)     On June 12, 2007, Defendants' attorney Ms. Borum, left a message for Plaintiff's attorney Mr. Willis requesting yet another seven (7) day extension of time to file its response. Plaintiff's attorney Mr. Strommer responded to the request by sending Ms. Borum an email inquiring about the reasons for the request.  Ms. Borum responded to Mr. Strommer's email after filing the Defendants request for an extension of time.

(4)     Plaintiff objects to Defendants latest request for an extension.  The initial briefing schedule was agreed upon by the parties after much discussion and, at Defendants' insistence, it included ample time for Defendants to file their response brief.  Extending the date within which the Defendants must file their response for an addition seven days -- after the date has already been extended by fourteen days -- will unnecessarily delay the briefing in the case and will unfairly shorten the amount of time the Plaintiff will have to file a reply brief.

For the above-mentioned reasons, Plaintiff respectfully requests that the Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment be denied.

                              Respectfully Submitted,


                              ___/s/_____
                              F. Michael Willis (D.C. Bar No. 467462)
                              Geoffrey D. Strommer
                              HOBBS, STRAUS, DEAN & WALKER, LLP

                              Attorneys for the Aleutian Pribilof Islands
                              Association


DATED: June 13, 2007.