UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC., )<br>)<br>Plaintiff,            )<br>)<br>v.                                 )<br>)<br>DIRK KEMPTHORNE,          )<br>Secretary of the Interior,        )<br>United States Department of the Interior, et al., )<br>)<br>Defendants.          )<br>_____ ) | Civil Action No. 06-2173 (CKK) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

_____Defendants, Dirk Kempthorne, Secretary of the Interior, United States Department of the Interior, et al., through counsel, hereby files the attached Administrative Record, in the above-captioned matter, in CD-Rom format. The administrative record, in CD-Rom format, has been submitted to the Clerk's Office and served upon opposing counsel.

Respectfully submitted,

_____
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
202-514-6531
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of September, 2007, the forgoing copy of the Defendants' Notice of Filing of Administrative Record with attached Administrative Record has been served upon counsel for plaintiff, by Federal Express, addressed as follows:

F. Michael Willis
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, N.W., Suite 700
Washington, D.C. 20037
Counsel for Plaintiff

_____
MARIAN L. BORUM
Assistant United States Attorney