UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior, U.S. Department of the Interior, *et al.*<br><br>    Defendant. | Civil Action No. 06-2173 (CKK) |

**ORDER**
(February 11, 2008)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 11th day of February, 2008, hereby

**ORDERED** Defendants' [20] Partial Motion to Dismiss shall be denied; it is further

**ORDERED** that Plaintiff's [13] Motion for Summary Judgment shall be granted in part and held in abeyance in part; it is further

**ORDERED** that Defendants' [19] Motion for Summary Judgment shall be denied in part and held in abeyance in part; it is further

**ORDERED** that this case shall be stayed until the BIA reissues its decision concerning APIA's requests for Section 14(h)(1) funds, which shall be issued no later than May 12, 2008; and it is further

**ORDERED** that the Parties shall file a Joint Status Report with the Court within 7 business days following the BIA's decision, indicating how the Parties want to proceed,

including submission of a proposed briefing schedule, if necessary.

**SO ORDERED.**


Date:    February 11, 2008

                                                    /s/
                                                  COLLEEN KOLLAR-KOTELLY
                                                  United States District Judge