# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEUTIAN PRIBILOF ISLANDS** ) | |
| **ASSOCIATION, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-2173 (CKK)** |
| ) | |
| **DIRK KEMPTHORNE,** ) | |
| **Secretary of the Interior,** ) | |
| **United States Department of Interior, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an enlargement of time of seven (7) days, up to and including March 7, 2008, in which to respond to Plaintiff's Motion for Partial Reconsideration. Defendants' response would otherwise be due on February 29, 2008.

Defendants seek this enlargement because several attorneys in the Anchorage, Alaska and Washington, D.C. offices of the Department of Interior must confer and come to an agreement regarding the Department's position with respect to the issues raised in Plaintiff's motion. The necessary parties have begun their discussions, but an agreement has not been reached and the discussions remain ongoing. Only upon reaching an agreement can agency counsel have the necessary information in order to prepare an appropriate response to Plaintiff's motion.

Pursuant to Local Rule 7(m), defendants' counsel contacted plaintiff's counsel to ascertain his position on this motion. Plaintiff counsel consented to the motion.

This enlargement will not affect any previously scheduled deadlines in this matter, and is

being sought for good cause and not for the purpose of delay.

For these reasons, and to ensure that the government has sufficient time to prepare the necessary response, defendants respectfully request that the enlargement of time to respond to Plaintiff's Motion for Partial Reconsideration be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,


/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/_____
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendants

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 25th day of February, 2008, service of the foregoing

Consent Motion for Enlargement of Time was made through the Court's electronic filing system

to plaintiff's counsel:

F. Michael Willis, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, N.W., Suite 700
Washington, D.C.  20037
mwillis@hsdwdc.com

                                            /s/
                                            _____
                                            MARIAN L. BORUM
                                            Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALEUTIAN PRIBILOF ISLANDS** | ) | |
| **ASSOCIATION, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-2173 (CKK)** |
| | ) | |
| **DIRK KEMPTHORNE,** | ) | |
| **Secretary of the Interior,** | ) | |
| **United States Department of Interior, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## ORDER

UPON CONSIDERATION of Defendants' Consent Motion for Enlargement of Time, the

merits thereof, and for good cause shown, it is this _____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including March 7, 2008 in

which to  respond to file its response to Plaintiff's Motion for Partial Reconsideration.

Date _____                        _____
                                                                    UNITED STATES DISTRICT JUDGE