## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALEUTIAN PRIBILOF ISLANDS**<br>**ASSOCIATION, INC.**<br>1131 E. International Airport Rd.<br>Anchorage, Alaska 99518 | )<br>)<br>)<br>)<br>) | |
| PLAINTIFF, | )<br>) | Civil Action No. 06-2173 (CKK) |
| v. | )<br>) | |
| **DIRK KEMPTHORNE**, in his official capacity as<br>Secretary of the Interior, et al., | )<br>)<br>) | |
| DEFENDANTS. | )<br>) | |

### PLAINTIFF'S NOTICE OF ADDRESS CHANGE

Plaintiff Aleutian Pribilof Islands Association, Inc. ("APIA") hereby gives notice to

the Court that its address has changed to the following:

Aleutian Pribilof Islands Association, Inc.
1131 E. International Airport Rd.
Anchorage, Alaska 99518

Plaintiff's counsel's address remains unchanged.

Respectfully Submitted,


_____ /s/ _____
F. Michael Willis (D.C. Bar No. 467462)
Geoffrey D. Strommer
HOBBS, STRAUS, DEAN & WALKER, LLP

Attorneys for the Aleutian Pribilof Islands
Association


DATED: March 14, 2008.