UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior, U.S. Department of the Interior, *et al.* <br><br> Defendant. | Civil Action No. 06-2173 (CKK) |

**ORDER**
(March 14, 2008)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 14th day of March, 2008, hereby

**ORDERED** that Plaintiff's [30] Motion for Partial Reconsideration is denied; and it is further

**ORDERED** that in accordance with the Court's February 11, 2008 Order, the BIA shall reissue its decision concerning APIA's requests for Section 14(h)(1) funds no later than May 12, 2008, and the Parties shall file a Joint Status Report with the Court within 7 business days following the BIA's decision.

                                                                */s/*
                                                         COLLEEN KOLLAR-KOTELLY
                                                         United States District Judge