UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC.** | ) ) ) | |
| PLAINTIFF, | ) ) | |
| v. | ) ) | Civ. No. 06-2173 (CKK) |
| **DIRK KEMPTHORNE**, in his official capacity as Secretary of the Interior, U.S. Department of the Interior, et al., | ) ) ) ) | |
| DEFENDANTS. | ) ) ) | |

## JOINT STATUS REPORT

In its Memorandum Opinion and accompanying Order of February 11, 2008, this Court stayed the above-captioned case until the Bureau of Indian Affairs ("BIA"), acting for Defendant Secretary Kempthorne, issued a decision on the request of the Plaintiff Aleutian Pribilof Islands Association ("APIA") to include in its funding agreements ("FAs") funds to carry out activities authorized by Section 14(h)(1) of the Alaska Native Claims Settlement Act ("ANCSA").  Mem. Op. [Docket #29] at 18.  The BIA issued its decision, a copy of which is attached to this report as Plaintiff's Exhibit P, on May 14, 2008.

The Court further directed the parties to file a Joint Status Report within 7 business days after the BIA issued a decision, indicating how the parties want to proceed, including a proposed briefing schedule, if necessary.  *Id*.; Order [Docket #35].  The Court noted in its Memorandum Opinion of March 14, 2008 that "[i]f outstanding issues remain following the BIA's decision, an expedited briefing schedule and an expedited decision by the Court may be appropriate."  Mem. Op. [Docket # 36] at 3 n.1.

In its decision, the BIA has declined to award APIA any 14(h)(1) funding for FYs 2006, 2007, or 2008. APIA continues to believe it was, and is, entitled by law to assume 14(h)(1) activities and associated funding under the ISDEAA. Accordingly, outstanding issues remain and an expedited briefing schedule is necessary to allow the Court to decide these issues in advance of final negotiations on the FY 2009 FA.

The parties propose the following briefing schedule:

- June 10, 2008: APIA files brief responding to May 14 declination.

- June 24, 2008: Defendants file response.

- July 1, 2008: APIA files reply.

Respectfully Submitted,

/s/
F. Michael Willis, D.C. Bar # 467462
Geoffrey D. Strommer
HOBBS, STRAUS, DEAN & WALKER, LLP
(202) 822-8282

Attorneys for the Aleutian Pribilof Islands Association

/s/
Jeffrey A. Taylor, D.C. Bar # 498610
United States Attorney

/s/
Rudolph Contreras, D.C. Bar # 434122
Assistant United States Attorney

/s/
Marian L. Borum, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

DATED: May 21, 2008.