UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, )<br>United States Department of Interior, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-2173 (CKK) |

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
PLAINTIFF'S RENEWED AND AMENDED MOTION FOR SUMMARY JUDGMENT**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an enlargement of time of five (5) business days, up to and including July 1, 2008, in which to respond to Plaintiff's Renewed and Amended Motion for Summary Judgment. Defendants' response would otherwise be due on June 24, 2008. Defendants seek this enlargement on the following grounds:

Undersigned counsel has learned that a family member of Agency Counsel suffered a major heart attack last week and subsequently passed away. Therefore, Agency Counsel has been out of the office all week and unable to provide the necessary information to complete the response to Plaintiff's motion.[1] This request for additional time is being made to allow him to do so. Pursuant to a joint status report filed on May 21, 2008, Plaintiff's reply would be due on July 1, 2008. See Docket Entry No. 37. Accordingly, Defendants have no objection to Plaintiff's

---

[1] Agency counsel and his wife are the only family members located in Anchorage, Alaska who are able to undertake the responsibilities caused by the illness and death.

reply being due on July 8, 2008.

Pursuant to Local Rule 7(m), undersigned counsel contacted Plaintiff's counsel to ascertain his position on this motion. Plaintiff's counsel objected to this motion. However, this motion is being sought due to unforseen and unfortunate circumstances and not for the purposes of delay.

For the above-mentioned reasons, Defendants respectfully request that the enlargement of time to oppose Plaintiff's motion be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of June, 2008, service of the foregoing Motion for Enlargement of Time was made, via the Court's ECF mail system, to plaintiff's counsel:

F. Michael Willis, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, N.W., Suite 700
Washington, D.C. 20037

/s/
MARIAN L. BORUM
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC., ) ) ) Plaintiff, ) ) v. ) ) DIRK KEMPTHORNE, ) Secretary of the Interior, ) United States Department of Interior, et al. ) ) Defendants. ) ) | Civil Action No. 06-2173 (CKK) |

**ORDER**

UPON CONSIDERATION of Defendants' Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that Defendants shall have up to an including July 1, 2008 in which to respond to Plaintiff's Renewed and Amended Motion for Summary Judgment and Plaintiff shall have up to an including July 8, 2008 in which to respond to Defendants' opposition.

Date _____                    _____
                                            UNITED STATES DISTRICT JUDGE