UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, )<br>United States Department of Interior, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-2173 (CKK) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S RENEWED AND AMENDED MOTION FOR SUMMARY JUDGMENT**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an extension of time of seven (7) days, up to and including July 8, 2008, in which to respond to Plaintiff's Renewed and Amended Motion for Summary Judgment. Defendants' response would otherwise be due on July 1, 2008. Defendants request this extension on the following grounds:

On Friday, June 27, 2008, the Regional Solicitor, Office of the Regional Solicitor, Alaska Region, United States Department of the Interior, had an extensive discussion with its client, the Bureau of Indian Affairs ("BIA"), regarding possible reconsideration of the action it took on Plaintiff's request for the 14(h)(1) funds under the Alaska Native Claims Settlement Act. See Docket Entry No. 38-2. In the next several days, the Regional Solicitor and the BIA plan to continue these discussions. Pursuant to Local Rule 7(m), the Regional Solicitor informed counsel for the Aleutian Pribilof Islands Association of this development, and requested an extension of seven (7) days in order for these discussions to continue, with the realistic

possibility that settlement of this action could result. Plaintiff's counsel agreed to this extension.

Defendants are respectfully aware of the Court's indication in its last Order of "no further extensions," as well as the Court's requirement that motions for extensions of time be filed four (4) days before a filing's due date. However, because of the unforseen developments as explained herein, and the possibility that this matter can be resolved without further litigation, Defendants request that the Court grant the requested extension of time.

For the above-mentioned reasons, Defendants respectfully request that the extension of time of seven (7) days in which to respond to Plaintiff's Renewed and Amended Motion for Summary Judgment be granted. An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of June, 2008, service of the foregoing Consent Motion for Extension of Time was made, via the Court's ECF mail system, to Plaintiff's counsel:

Geoffrey D. Strommer, Esq.
F. Michael Willis, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, N.W., Suite 700
Washington, D.C.  20037

                                             /s/
                                             MARIAN L. BORUM
                                             Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC.,** ) ) ) **Plaintiff,** ) ) v. ) ) **DIRK KEMPTHORNE,** ) **Secretary of the Interior,** ) **United States Department of Interior, et al.** ) ) **Defendants.** ) ) | **Civil Action No. 06-2173 (CKK)** |

**ORDER**

UPON CONSIDERATION of Defendants' Consent Motion for Extension of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including July 8, 2008 in which to respond to Plaintiff's Renewed and Amended Motion for Summary Judgment.


Date _____          _____
                                   UNITED STATES DISTRICT JUDGE