UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 06-2173 (CKK) |
| DIRK KEMPTHORNE, Secretary of the Interior, United States Department of Interior, et al., | ) ) ) ) ) |
| Defendants. | ) ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S RENEWED AND AMENDED MOTION FOR SUMMARY JUDGMENT**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an extension of time of seven (7) days, up to and including July 15, 2008, in which to respond to Plaintiff's Renewed and Amended Motion for Summary Judgment. Defendants' response would otherwise be due on July 8, 2008. Defendants request this extension on the following grounds:

On July 3, 2008, the parties entered into settlement discussions which proved to be fruitful. The parties presently are working to reach a resolution which will resolve this matter without further litigation. In light of the fact that the parties are in settlement discussions, Defendants request an extension of time to respond to Plaintiff's Renewed and Amended Motion for Summary Judgment. Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with Plaintiff's counsel regarding the filing of this motion. Plaintiff's counsel has consented to this motion.

Defendants are respectfully aware of the Court's requirement that motions for extensions

of time be filed four (4) days before a filing's due date.  However, because of these developments, and the possibility that this matter can be resolved without further litigation, Defendants request that the Court grant the requested extension of time.

    For the above-mentioned reasons, Defendants respectfully request that the extension of time of seven (7) days in which to respond to Plaintiff's Renewed and Amended Motion for Summary Judgment be granted.  An order granting the relief sought is attached hereto.

Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendants

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 7th day of July, 2008, service of the foregoing Consent Motion for Extension of Time was made, via the Court's ECF mail system, to Plaintiff's counsel:

Geoffrey D. Strommer, Esq.
F. Michael Willis, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, N.W., Suite 700
Washington, D.C.  20037

              /s/
              MARIAN L. BORUM
              Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC., )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, )<br>United States Department of Interior, et al. )<br>)<br>**Defendants.** )<br>) | Civil Action No. 06-2173 (CKK) |

**ORDER**

UPON CONSIDERATION of Defendants' Consent Motion for Extension of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including July 15, 2008 in which to respond to Plaintiff's Renewed and Amended Motion for Summary Judgment.

Date _____                    _____
                                            UNITED STATES DISTRICT JUDGE