UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC., </br></br>     Plaintiff, </br></br> v. </br></br> DIRK KEMPTHORNE, </br> Secretary of the Interior, </br> United States Department of Interior, et al., </br></br>     Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> )  Civil Action No. 06-2173 (CKK) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S RENEWED AND AMENDED MOTION FOR SUMMARY JUDGMENT**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an extension of time of seven (7) days, up to and including August 12, 2008, in which to respond to Plaintiff's Renewed and Amended Motion for Summary Judgment. Defendants' response would otherwise be due on August 5, 2008. Defendants request this extension on the following grounds:

The parties are in settlement discussions and an outstanding matter of importance appears to have been resolved. The parties actively are working to reach a resolution which will resolve the entire matter without further litigation, and are finalizing a settlement agreement. Therefore, Defendants request an extension of time to respond to Plaintiff's Renewed and Amended Motion for Summary Judgment. Pursuant to Local Civil Rule 7(m), undersigned counsel attempted to confer with Plaintiff's counsel regarding the filing of this motion, but was unable to reach him.

Defendants are respectfully aware of the Court's requirement that motions for extensions of time be filed four (4) days before a filing's due date. However, because the parties continue to

work toward resolving this matter without further litigation, Defendants request that the Court grant the requested extension of time.

For the above-mentioned reasons, Defendants respectfully request that the extension of time of seven (7) days in which to respond to Plaintiff's Renewed and Amended Motion for Summary Judgment be granted. An order granting the relief sought is attached hereto.

Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of August, 2008, service of the foregoing Motion for Extension of Time was made, via the Court's ECF mail system, to Plaintiff's counsel:

Geoffrey D. Strommer, Esq.
F. Michael Willis, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, N.W., Suite 700
Washington, D.C.  20037

                                        /s/
                                        MARIAN L. BORUM
                                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC., <br><br>　　　　Plaintiff, <br><br>v. <br><br>DIRK KEMPTHORNE, <br>Secretary of the Interior, <br>United States Department of Interior, et al. <br><br>　　　　Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-2173 (CKK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

UPON CONSIDERATION of Defendants' Motion for Extension of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that Defendants shall have up to and including August 12, 2008 in which to respond to Plaintiff's Renewed and Amended Motion for Summary Judgment.


Date _____          _____
                                  UNITED STATES DISTRICT JUDGE